H. A. ROOSE, Respondent, v. WALTER G. HAMILTON, Individually, and as Treasurer of the County of Rockland, Appellant.— Judgment modified by reducing the amount of damages by the sum of six dollars and eighty cents additional allowances, with interest, improperly allowed under the Tax Law, and as so modified unanimously affirmed, without costs.  No opinion.  Findings of fact and conclusions of law inconsistent with this decision are reversed and new findings and conclusions will be made.  Settle order on notice.  Present — Lazansky, P. J., Hagarty, Carswell, Davis and Adel, JJ.  [161 Misc. 800.]

KASIMIR SAJOR, Respondent, v. AMPOL, INC., Appellant, and MAX F. WEGRZYNEK, Defendant.— In an action to rescind a contract for the purchase of capital stock of defendant corporation, represented by a signed subscription therefor, and to recover the money paid thereon, on the ground that the contract was illegal and void under the provisions of section 359-e of the General Business Law (Art. 23-A, sometimes called the Martin Act), judgment for plaintiff unanimously affirmed, with costs.  No opinion.  Present — Lazansky, P. J., Hagarty, Carswell, Davis and Adel, JJ.

EUGENE V. SODEN, MARGARET F. SODEN, LAWRENCE SODEN and JOHN R. SODEN, Infants, by BERNARD SODEN, Their Guardian ad Litem, MARGARET SODEN and BERNARD SODEN, Appellants, v. JESSE LEWIS, Doing Business as TILDEN FLATBUSH GARAGE, Defendant, and JOSEPH H. EISENBERG and JAY MEL JAY MOTOR SERVICE CORPORATION, Respondents.— Action for damages for personal injury and property damage as a consequence of the collision of two motor vehicles.  Amended judgment for the defendants unanimously affirmed, with costs.  Appeal from original judgment dismissed.  No opinion.  Present — Lazansky, P. J., Carswell, Davis, Adel and Close, JJ.